UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TAUREAN THOMAS | CIVIL ACTION NO. 16-1210 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be and hereby is **DISMISSED with prejudice**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of August, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE